**United States Bankruptcy Court**
**Middle District of Louisiana**

In re:  <u>River Park Development, LLC</u>                    Case No.   16-10804

**Debtor**

                                                              Chapter   7

---

**ANSWER OF**
**RIVER PARK DEVELOPMENT, LLC**

Now into Court, through undersigned counsel, comes River Park Development, LLC ("River Park" hereinafter), who in response to the petition filed herein by First NBC Bank ("FNBC" hereinafter), does hereby deny each and every allegation as contained in said petition, except as is hereinafter admitted and further answering does allege as follows:

**1.**

FNBC is not a creditor qualified to institute an involuntary petition against River Park, because FNBC is fully secured as regards all indebtedness of River Park.

**2.**

As security for its debt, FNBC holds a multiple indebtedness mortgage on certain real property of River Park. Said multiple indebtedness mortgage was duly filed in the mortgage records of East Baton Rouge Parish, Louisiana, on January 11, 2008, as Original 818 Bundle 12024.

**3.**

The property covered by said mortgage is approximately thirty-two (32) acres immediately north of the Hollywood Casino and is valued in excess of $64,000,000.00, and even for fire sale purposes valued in excess of $28,000,000.00.

**4.**

As of April 2016, FNBC provided River Park a total payoff of principal and interest of approximately $10,100,000.00.

**5.**

Given that FNBC holds a mortgage on real property worth in excess of $64,000,000.00, FNBC is fully secured as to any and all indebtedness owed by River Park.

**6.**

As a fully secured creditor, FNBC is not authorized to bring a petition for involuntary bankruptcy.

**7.**

River Park admits that it is a domestic limited liability company domiciled in the Parish of East Baton Rouge, State of Louisiana.

**8.**

River Park denies that "it is generally not paying its debts as they become due."

**9.**

River Park denies that it owes FNBC any amounts in excess of the mortgage held by FNBC.

**10.**

River Park asserts that the petition was filed in bad faith.

**11.**

River Park alleges that it is entitled to costs, attorney's fees, damages, and punitive damages upon the dismissal of the petition and specifically reserves its claims for same.

**Prayer**

WHEREFORE River Park Development, LLC prays that the petition of First NBC Bank be dismissed at its costs and for such other and further relief as may be just and equitable and that River Park Development, LLC, be awarded costs, attorney's fees, damages, and punitive damages to be determined by the Court.

Baton Rouge, Louisiana this 5th day of August, 2016.

Respectfully Submitted,

RICHARD MARY AND ASSOCIATES

*/s/ Richard Mary*
RICHARD MARY, #09232
10641 Pecue Lane
Baton Rouge, Louisiana 70810-3512
Telephone: (225) 936-1451
Fax: (225) 612-6369
jrm2221@cox.net